IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE JAMES BARBER, <br> AIS # 273254, <br><br> Plaintiff, <br><br> v. <br><br> CAPTAIN BABERS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIV. ACT. NO.  2:11cv1044-TMH <br> (WO) |

**OPINION and ORDER**

On March 16, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 27).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The Plaintiff's claims against the Alabama Department of Corrections be and are hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Alabama Department of Corrections be and is hereby DISMISSED as a defendant in this cause of action; and

4. This case with respect to the remaining defendants be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 13th day of April 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE