IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES BARBER, #273 254, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:11cv-1044-WHA |
| | ) |
| OFFICER RODGERS, et al., | )            (WO) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #30), entered on November 21, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Defendants' Motion for Summary is GRANTED, and this case is DISMISSED with prejudice, with costs taxed against the Plaintiff.   Final Judgment will be entered accordingly.

DONE this 15th day of December, 2014.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE