IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES BARBER, #273 254, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:11cv-1044-WHA |
| | ) |
| OFFICER RODGERS, et al., | ) (WO) |
| | ) |
| Defendants. | ) |

### **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Willie James Barber, and this case is DISMISSED with prejudice, with costs taxed against the Plaintiff.

DONE this 15th day of December, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE